UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Alliance for the Wild Rockies et al,<br><br>Plaintiffs,<br><br>vs.<br><br>Matt Anderson et al,<br><br>Defendants. | Case No. CV-24-125-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered as set forth in the Court's Order of March 31, 2026 (Doc. 40).

Dated this 13th day of April, 2026

TYLER P. GILMAN, CLERK


By:    /s/ Annie Puhrmann
          Deputy Clerk